IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CATHERINE HICKMAN,

     Plaintiff,

     vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

     Defendant

Civil No. 04-207-HO

ORDER FOR EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the

amount of $6,000.00 will awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28

U.S.C. § 2412. No costs or expenses will be awarded.

     DATED this ____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
(206) 615-2114
of Attorneys for Defendant